## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KARYAN SMITH AND BOBBY SMITH** * <br>     Plaintiffs                                              * <br> v.                                                                  * <br>                                                                       * <br> **AUTO-OWNERS INSURANCE**                 * <br> **COMPANY, CHEMCO HOLDINGS,**        * <br> **INC., RONDON CARRASQUEL**            * <br>     Defendants | Civil Action # 2:22-cv-03369 <br><br> **JUDGE GREG GERARD GUIDRY** <br><br> **MAGISTRATE DANA DOUGLAS** |

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **KARYAN SMITH AND BOBBY SMITH**, who respectfully aver that this Honorable Court lacks subject matter jurisdiction over this action.  Specifically, as is more fully set forth in the accompanying Memorandum in Support, Defendants' Notice of Removal [R. Doc. 1] fails to establish that the amount in controversy exceeds the minimum jurisdictional threshold required under 28 U.S.C. § 1332.

**WHEREFORE**, for the reasons expressed herein and in the accompanying memorandum in support, Plaintiffs respectfully pray that this matter be remanded to Civil District Court for the Parish of Orleans, State of Louisiana, for lack of subject matter jurisdiction.

Respectfully Submitted,

**EDWARD J. WOMAC, JR. & ASSOCIATES, LLC**

*/s/Jeffrey C. Gasser*
**EDWARD J. WOMAC, JR.** (Bar No. 02195)
**JEFFREY C. GASSER** (Bar No. 38953)
3501 Canal Street
New Orleans, Louisiana 70119
Phone: 504-486-9999
Fax: 504-488-4178
E-mail: jgasser@edwardwomac.com

- 1 -